**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 27 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD GEDDES and DELANIA GEDDES, husband and wife,<br><br>                   Plaintiffs - Appellants,<br><br>   v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-15, a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), a Delaware corporation; WELLS FARGO BANK, NA; WELLS FARGO HOME MORTGAGE, INC.; WELLS FARGO ASSET SECURITIES CORPORATION,<br><br>                   Defendants - Appellees. | No. 12-16550<br><br>D.C. No. 2:12-cv-00667-FJM<br>District of Arizona,<br>Phoenix<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Frederick J. Martone, Senior District Judge, Presiding

Argued and Submitted February 14, 2014

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Cir. R. 36-3.

San Francisco, California

Before: TALLMAN and RAWLINSON, Circuit Judges, and GARBIS, Senior District Judge.[**]

Richard and Delania Geddes brought a nine-count complaint in the Superior Court of Maricopa County, Arizona, seeking to stop the non-judicial foreclosure of their house after they defaulted on their loan payments.  The case was removed to federal court.  The district court granted the defendants' motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  *Geddes v. HSBC Bank USA*, CV-12-0667-PHX-FJM, 2012 WL 1977277 (D. Ariz. June 1, 2012).  The Geddes appeal.  Jurisdiction lies under 28 U.S.C. § 1291.  We review *de novo*, *Zadrozny v. Bank of New York Mellon*, 720 F.3d 1163, 1167 (9th Cir. 2013), and affirm for the reasons stated by the district court.

AFFIRMED.

---

[**]     The Honorable Marvin J. Garbis, Senior United States District Judge for the District of Maryland, sitting by designation.